UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.: | ED CV 16-01138-AB (SPx) | Date: September 6, 2016 |

| | |
|---|---|
| Title: | Prime Healthcare Services, Inc. et al v. Amerigroup Nevada, Inc., et al |

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

|  Carla Badirian  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

|  Attorney(s) Present for Plaintiff(s):  |  Attorney(s) Present for Defendant(s):  |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**          **[In Chambers] Order To Show Cause Regarding Dismissal for Lack of Prosecution**

Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The Court, on its own motion, orders Plaintiff(s) to show cause, in writing, on or before September 20, 2016, why this action should not be dismissed for lack of prosecution.   Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.   The Order to Show Cause will stand submitted upon the filing of Plaintiff(s) response. Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the action.

>         Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within **90** days after the complaint is filed.   Plaintiff(s) have failed to file a proof of service within **90** days of the filing of the Complaint on the following Defendant(s): **Amerigroup Nevada, Inc.**
>
>         Plaintiff(s) can satisfy this order by showing that service was effectuated within the **90** day deadline or by showing good cause for the failure to do so.   Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.